# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                   :
                                         : Case No. 19-70338-JAD
**Adam B. Clark and**                    :
**Melody S. Clark,**                     : Chapter 13
           **Debtors**                   :
                                         :

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 11th day of June, 2019, a true and correct copy of the Order dated June 6, 2019, together with the above Wife-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

> CARING HEALTHCARE NETWORK
> 601 N. FRONT STREET
> PHILIPSBURG, PA 16866
>
> ADAM B. CLARK
> MELODY S. CLARK
> 760 RED SCHOOLHOUSE ROAD
> OSCEOLA MILLS, PA 16666

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: June 11, 2019

Respectfully submitted,
/s/ Jessica L. Tighe
Jessica L. Tighe; Legal Asst.
The Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470