| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Adam B Clark** | Social Security number or ITIN | xxx–xx–0019 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Melody S Clark** | Social Security number or ITIN | xxx–xx–0283 |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  WESTERN DISTRICT OF PENNSYLVANIA | | Date case filed for chapter  13   6/5/19 | |
| Case number:  19–70338–JAD | | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case   12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Adam B Clark | Melody S Clark |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 760 Red Schoolhouse Road<br>Osceola Mills, PA 16666 | 760 Red Schoolhouse Road<br>Osceola Mills, PA 16666 |
| 4. | **Debtor's attorney**<br>Name and address | Kenneth P. Seitz<br>Law Offices of Kenny P. Seitz<br>P.O. Box 211<br>Ligonier, PA 15658 | Contact phone 814–536–7470<br><br>Email:  thedebterasers@aol.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br><br>Email:  cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 6/10/19 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 12, 2019 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 9/10/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 8/14/19** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 12/2/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**7/12/19** at **10:00 AM** , Location: **Quality Inn and Suites, 455 Theatre Drive, Johnstown, PA 15904** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                          Case No. 19-70338-JAD
Adam B Clark                                                    Chapter 13
Melody S Clark
        Debtors                 **CERTIFICATE OF NOTICE**

District/off: 0315-7           User: aala              Page 1 of 2              Date Rcvd: Jun 10, 2019
                               Form ID: 309I           Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 12, 2019.
db/jdb         +Adam B Clark,    Melody S Clark,    760 Red Schoolhouse Road,    Osceola Mills, PA 16666-8607
aty            +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
tr             +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
15064727       +Advanced Disposal,    P.O. Box 25084,    Lehigh Valley, PA 18002-5084
15064728       +AmServ Limited,    Billing Office,    P.O. Box 726,    New Cumberland, PA 17070-0726
15064729       +Apex Asset,    2501 Oregon Pike,    Lancaster, PA 17601-4890
15064730       +Children's Hospital of Pittsburgh,    One Children's Hospital Drive,    4401 Penn Avenue,
                 Pittsburgh, PA 15224-1342
15064731       +Citizens One Auto Finance,    P.O. Box 7000,    Providence, RI 02940-7000
15064732       +Commercial Acceptance,    2300 Gettysburg Rd,    Camp Hill, PA 17011-7303
15064734       +Cr Control C,    2410 Broad Ave,    Altoona, PA 16601-1940
15064738       +Keystone Col,    220 North Duke Str,    Lancaster, PA 17602-2710
15064739       +Keystone Collections Group,    P.O. Box 499,    Irwin, PA 15642-0499
15064740        Mount Nittany Physician Group,    P.O. Box 6005,    Hermitage, PA 16148-1005
15064743       +Penn Highlands Medical Group,    100 Hospital Avenue,    Du Bois, PA 15801-1440
15064744       +Penn Highlands Physician Network,    1605 N. Cedar Crest Blvd. Suite 110B,
                 Allentown, PA 18104-2351
15064746       +Specialized Loan Servi,    8742 Lucent Blvd,    Highlands Ranch, CO 80129-2386
15064747       +Transworld Systems, Inc.,    300 Cedar Ridge Drive, Suite 307,    Pittsburgh, PA 15205-1159
15064748       +Tyrone Hospital,    Attn: Billing,    187 Hospital Drive,    Tyrone, PA 16686-1898

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: thedebterasers@aol.com Jun 11 2019 02:24:00      Kenneth P. Seitz,
                 Law Offices of Kenny P. Seitz,    P.O. Box 211,    Ligonier, PA  15658
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 11 2019 02:24:21      Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Jun 11 2019 02:24:31
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
cr             +EDI: PRA.COM Jun 11 2019 06:18:00      PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
15064726       +E-mail/Text: mnapoletano@ars-llc.biz Jun 11 2019 02:24:49      Ability Recovery Servi,
                 Pob 4031,    Wyoming, PA 18644-0031
15064733       +EDI: CONVERGENT.COM Jun 11 2019 06:18:00      Convergent Outsourcing,    800 SW 39th Street,
                 Renton, WA 98057-4927
15064735       +E-mail/Text: bdsupport@creditmanagementcompany.com Jun 11 2019 02:24:41      Crdmgmcomp,
                 2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
15064736       +E-mail/Text: bankruptcy.bnc@ditech.com Jun 11 2019 02:24:13      Ditech Financial Llc,
                 Po Box 6172,    Rapid City, SD 57709-6172
15064737       +EDI: PHINAMERI.COM Jun 11 2019 06:18:00      Gm Financial,    Po Box 181145,
                 Arlington, TX 76096-1145
15064741       +E-mail/Text: Bankruptcies@nragroup.com Jun 11 2019 02:24:51      National Recovery Agen,
                 2491 Paxton Street,    Harrisburg, PA 17111-1036
15064745       +EDI: PRA.COM Jun 11 2019 06:18:00      Portfolio Recov Assoc,    120 Corporate Blvd Ste 100,
                 Norfolk, VA 23502-4952
15065385       +EDI: RMSC.COM Jun 11 2019 06:18:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
15064749       +EDI: VERIZONCOMB.COM Jun 11 2019 06:18:00      Verizon Wireless,    Po Box 650051,
                 Dallas, TX 75265-0051
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              DITECH FINANCIAL LLC
15064742      ##+Penn Credit Corporatio,    916 S 14th St,    Harrisburg, PA 17104-3425
                                                                                              TOTALS: 1, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-7           User: aala              Page 2 of 2            Date Rcvd: Jun 10, 2019
                               Form ID: 309I           Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 10, 2019 at the address(es) listed below:
          James   Warmbrodt     on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
          Kenneth P. Seitz    on behalf of Joint Debtor Melody S Clark thedebterasers@aol.com
          Kenneth P. Seitz    on behalf of Debtor Adam B Clark thedebterasers@aol.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                  TOTAL: 5
```