UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN DIVISION

IN RE:                                                CASE NO.: 19-70338-JAD
                                                                          CHAPTER 13

**Adam B Clark,**

**Melody S Clark,**

       **Debtors.**

_____/

**REQUEST FOR SERVICE OF NOTICES**

**PLEASE TAKE NOTICE THAT** on behalf of DTIECH FINANCIAL LLC("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CITRON, LLC
BANKRUPTCY DEPARTMENT
130 CLINTON ROAD, SUITE 202
FAIRFIELD, NJ 07004**

                                       RAS Crane LLC
                                       Authorized Agent for Secured Creditor
                                       10700 Abbott's Bridge Rd. Ste. 170
                                       Duluth, GA 30097
                                       Telephone: 470-321-7112
                                       Facsimile: 404-393-1425
                                       By: <u>/s/Darrelyn Thomas</u>
                                             Darrelyn Thomas, Esq.
                                             Email: dthomas@rascrane.com

# **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on September 26, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

LAW OFFICES OF KENNY P. SEITZ
KENNETH P. SEITZ
P.O. BOX 211
LIGONIER, PA 15658

RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER.
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222

ADAM B CLARK
MELODY S CLARK
760 RED SCHOOLHOUSE ROAD
OSCEOLA MILLS, PA 16666

    RAS Crane LLC
    Authorized Agent for Secured Creditor
    10700 Abbott's Bridge Rd. Ste. 170
    Duluth, GA 30097
    Telephone: 470-321-7112
    Facsimile: 404-393-1425

    By: /s/Darrelyn Thomas
    Darrelyn Thomas, Esq.
    Email: dthomas@rascrane.com