# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

| | |
|---|---|
| **Debtor:** | ADAM B & MELODY S CLARK |
| **Case Number:** | 19-70338-JAD    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, DECEMBER 05, 2019 01:30 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

### Matter:

#2 - Final Confirmation of Plan Dated 6/5/2019 (NFC)
R / M #: 2 / 0

2019 DEC -6  A 11:34

### Appearances:

**Debtor:** Seits
**Trustee:** Winnecour / Pail / Katz / (DeSimone)
**Creditor:** Ebeck Specialized Loan

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: 1-10-20 at 11:00.
10. _____ Other:

Contested for status of Wilmington Savings