**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | **Bankruptcy No. 19-70338-JAD** |
| **Adam B. Clark and** | : | |
| **Melody S. Clark,** | : | **Chapter 13** |
| **Debtors** | : | |
| | : | **Docket No. 32** |
| **Adam B. Clark and** | : | |
| **Melody S. Clark,** | : | |
| **Movants** | : | |
| | : | |
| v. | : | |
| | : | |
| **Wilmington Savings Fund Society,** | : | |
| **FSB, dba Christiana Trust, not in its** | : | |
| **individual capacity, but solely in its** | : | |
| **capacity as Owner Trustee for WF** | : | |
| **19 Grantor Trust c/o Specialized** | : | |
| **Loan Servicing, LLC,** | : | |
| **Respondent** | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE ON OBJECTION TO
PROOF OF CLAIM FILED BY WILMINGTON SAVINGS FUND SOCIETY, FSB, DBA CHRISTIANA
TRUST, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY IN ITS CAPACITY AS OWNER
TRUSTEE FOR WF 19 GRANTOR TRUST C/O SPECIALIZED LOAN SERVICING, LLC**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant(s) seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant(s) a response to the application no later than **December 30, 2019**, i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Application may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on **Friday, January 10, 2020, at 11:00 AM** before Judge Deller in Courtroom B, Penn Traffic Building, First Floor, 319 Washington Street, Johnstown, PA 15901. Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of service: December 12, 2019

Attorney for Movants:

/s/ Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. # 81666
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA  15658
(814) 536-7470