## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | **Bankruptcy No. 19-70338-JAD** |
| **Adam B. Clark and** | : | |
| **Melody S. Clark,** | : | **Chapter 13** |
|        **Debtors** | : | |
| | : | **Docket No. 33** |
| **Adam B. Clark and** | : | |
| **Melody S. Clark,** | : | **Hearing Date & Time: January 10, 2020** |
|        **Movants** | : |               **11:00 AM** |
| | : | |
|        **v.** | : | |
| | : | |
| **Wilmington Savings Fund Society,** | : | |
| **FSB, dba Christiana Trust, not in its** | : | |
| **individual capacity, but solely in its** | : | |
| **capacity as Owner Trustee for WF** | : | |
| **19 Grantor Trust c/o Specialized** | : | |
| **Loan Servicing, LLC,** | : | |
|        **Respondent** | : | |

**CERTIFICATION OF NO OBJECTION REGARDING THE OBJECTION TO PROOF OF CLAIM FILED BY WILMINGTON SAVINGS FUND SOCIETY, FSB, DBA CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY, BUT SOLELY IN ITS CAPACITY AS OWNER TRUSTEE FOR WF 19 GRANTOR TRUST C/O SPECIALIZED LOAN SERVICING, LLC**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Objection to Proof of Claim filed by Wilmington Savings Fund Society, FSB, dba Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust c/o Specialized Loan Servicing, LLC filed on December 12, 2019, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Objection to Proof of Claim filed by Wilmington Savings Fund Society, FSB, dba Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust c/o Specialized Loan Servicing, LLC appears thereon. Pursuant to the Notice of Hearing, objections to the Objection to Proof of Claim filed by Wilmington Savings Fund Society, FSB, dba Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust c/o Specialized Loan Servicing, LLC were to be filed and served no later than December 30, 2019.

It is hereby respectfully requested that the Order attached to the Objection to Proof of Claim filed by Wilmington Savings Fund Society, FSB, dba Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust c/o Specialized Loan Servicing, LLC be entered by the Court.

Dated: December 31, 2019               /s/ Kenneth P. Seitz, Esquire
                                                                           Kenneth P. Seitz, Esquire
                                                                           PA I.D. #81666
                                                                           The Law Offices of Kenny P. Seitz
                                                                           P.O. Box 211
                                                                           Ligonier, PA 15658
                                                                           (814) 536-7470