# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 19-70338-JAD |
| **Adam B. Clark and** | : | |
| **Melody S. Clark,** | : | Chapter 13 |
|         Debtors | : | |
| | : | Docket No. |
| **Adam B. Clark and** | : | |
| **Melody S. Clark,** | : | Related to Docket No. 31 |
|         Movants | : | |
| | : | Hearing Date & Time: January 10, 2020 |
| v. | : |                           11:00 AM |
| | : | |
| **Wilmington Savings Fund Society,** | : | |
| **FSB, dba Christiana Trust, not in its** | : | |
| **individual capacity, but solely in its** | : | |
| **capacity as Owner Trustee for WF** | : | |
| **19 Grantor Trust c/o Specialized** | : | |
| **Loan Servicing, LLC,** | : | |
|         Respondent | : | |

## ORDER

AND NOW, this <u>2nd</u> day of <u>January</u>, <u>2020</u>, upon consideration of the Objection to Proof of Claim Filed by Wilmington Savings Fund Society, FSB, dba Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust c/o Specialized Loan Servicing, LLC it is hereby ORDERED and DECREED as follows:

    1.    The Proof of Claim, Claim Number 5, of Wilmington Savings Fund Society, FSB, dba Christiana Trust, not in its individual capacity, but solely in its capacity as Owner Trustee for WF 19 Grantor Trust c/o Specialized Loan Servicing, LLC is hereby able to be modified.

                                          BY THE COURT:

                                          _____ jsf
                                          Jeffery A. Deller
                                          United States Bankruptcy Judge

FILED
1/2/20 1:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Adam B Clark  
Melody S Clark  
    Debtors

Case No. 19-70338-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7      User: dpas      Page 1 of 1      Date Rcvd: Jan 02, 2020  
                           Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2020.  
db/jdb        +Adam B Clark,    Melody S Clark,    760 Red Schoolhouse Road,    Osceola Mills, PA 16666-8607

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 04, 2020                                 Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2020 at the address(es) listed below:  
       James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com  
       Kenneth P. Seitz    on behalf of Joint Debtor Melody S Clark thedebterasers@aol.com  
       Kenneth P. Seitz    on behalf of Debtor Adam B Clark thedebterasers@aol.com  
       Keri P. Ebeck    on behalf of Creditor    Specialized Loan Servicing, LLC as Servicer for Wilmington Savings Fund Society, FSB, DBA Christina Trust, not in its Individual Capacity, but Soley in it Capacity as Owner Trustee for WF 19 Grantor T kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
       Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
       Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                     TOTAL: 6