# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                  :
                                                                  : Case No. 19-70338-JAD
**Adam B. Clark and**                          :
**Melody S. Clark,**                              : Chapter 13
              **Debtors**                          :
                                                                   :

## **CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12**

      I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 22nd day of January, 2020, a true and correct copy of the Order dated January 21, 2020, together with the above Wife-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail.  U.S. Postage paid on the Parties below:

                CARING HEALTHCARE NETWORK
                601 N. FRONT STREET
                PHILIPSBURG, PA 16866

                ADAM B. CLARK
                MELODY S. CLARK
                760 RED SCHOOLHOUSE ROAD
                OSCEOLA MILLS, PA 16666

     Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.


Executed on: <u>January 22, 2020</u>        Respectfully submitted,
                                                      /s/ Jessica L. Tighe
                                                      Jessica L. Tighe; Legal Asst.
                                                      Law Offices of Kenny P. Seitz
                                                      P. O. Box 211
                                                      Ligonier, PA  15658
                                                      (814) 536-7470