**2100 B (12/15)**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 19-70338-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

Adam B Clark
760 Red Schoolhouse Road
Osceola Mills PA 16666

Melody S Clark
760 Red Schoolhouse Road
Osceola Mills PA 16666

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/14/2020.

Name and Address of Alleged Transferor(s):

Claim No. 8: U.S. Bank National Association, as Trustee, for Le, c/o Ditech Financial LLC, Po Box 12740, Tempe, AZ 85284-0046

Name and Address of Transferee:

NewRez LLC d/b/a Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0826

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   04/17/20

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Adam B Clark  
Melody S Clark  
    Debtors

Case No. 19-70338-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: dpas     Page 1 of 1     Date Rcvd: Apr 15, 2020  
                             Form ID: trc     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2020.
15104371         U.S. Bank National Association, as Trustee, for Le,  c/o Ditech Financial LLC,  Po Box 12740, Tempe, AZ 85284-0046

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                             TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2020                                       Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2020 at the address(es) listed below:
      James Warmbrodt    on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com  
      Kenneth P. Seitz    on behalf of Joint Debtor Melody S Clark thedebterasers@aol.com  
      Kenneth P. Seitz    on behalf of Debtor Adam B Clark thedebterasers@aol.com  
      Keri P. Ebeck    on behalf of Creditor    Specialized Loan Servicing, LLC as Servicer for Wilmington Savings Fund Society, FSB, DBA Christina Trust, not in its Individual Capacity, but Soley in it Capacity as Owner Trustee for WF 19 Grantor T kebeck@bernsteinlaw.com, jbluemle@bernsteinlaw.com  
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                              TOTAL: 6