UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                          Bankr. Case No. 19-70338-JAD-13

Adam B Clark and Melody S Clark                                                 Chapter 13
    Debtor(s)

### REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

        Americredit Financial Services, Inc. dba GM Financial
        PO Box 183853
        Arlington, TX  76096

By __/s/ Mandy Youngblood_____

        Mandy Youngblood
        PO Box 183853
        Arlington, TX  76096
        877-203-5538
        877-259-6417
        Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 19-70338-JAD-13

Adam B Clark and Melody S Clark  Chapter 13
    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on June 11, 2020 :

    KENNETH P SEITZ      Ronda Winnecour
    PO BOX 211      600 Grant Street
    LIGONIER, PA  15658      Suite 3250 USX Tower
        Pittsburgh, PA 15219

By /s/ Mandy Youngblood
    Mandy Youngblood

xxxxx25788 / 991925