**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>VARIOUS DEBTORS | §<br>§<br>§  VARIOUS CASES<br>§<br>§ |

# NOTICE OF ADDRESS CHANGE

A CLAIM HAS BEEN FILED IN THE ATTACHED LIST OF CASES or deemed filed under 11 U.S.C. § 1111(a). PLEASE TAKE NOTICE that the notice address and payment address for the below mentioned Creditor has changed. Please update the cases and claims registers with the new information outlined below.

**Prior Name and Address where notices should be sent:**
Specialized Loan Servicing LLC
8742 Lucent Blvd, Suite 300
Highlands Ranch, CO 80129

Phone: (800) 315-4757

**Prior Name and Address where payments should be sent:**
Specialized Loan Servicing LLC
PO Box 636007
Littleton, CO 80163

**Current Name and Address where notices should be sent:**
Specialized Loan Servicing LLC
6200 S. Quebec Street
Greenwood Village, CO 80111

Phone: (800) 315-4757

**Current Name and Address where payments should be sent:**
Specialized Loan Servicing LLC
6200 S. Quebec Street
Greenwood Village, CO 80111

Dated: 11/02/2020

Respectfully submitted,
Bonial & Associates, P.C.

_____
Natalie Lea
14841 Dallas Parkway, Suite 300
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: POCInquiries@BonialPC.com
Authorized Agent for Creditor

| Case Number | Debtor 1 | Debtor 2 | Juris |
|---|---|---|---|
| 15-20886 | Palmer, Marjorie D. | | Pennsylvania-Western-Pittsburgh |
| 15-22166 | Fines, David A. | Fines, Amber M. | Pennsylvania-Western-Pittsburgh |
| 15-22357 | Robertson, Anthony J. | Robertson, Sharon | Pennsylvania-Western-Pittsburgh |
| 15-23141 | Potter, Jeffrey J. | | Pennsylvania-Western-Pittsburgh |
| 15-23180 | Silvis, John W. | | Pennsylvania-Western-Pittsburgh |
| 15-23503 | Andrews, Kerry W. | Andrews, Deborah A. | Pennsylvania-Western-Pittsburgh |
| 15-23588 | Kendall, Kasey Taylor | Headlee, Melissa Kathleen | Pennsylvania-Western-Pittsburgh |
| 15-23728 | Ryder, William D | Ryder, Debra L | Pennsylvania-Western-Pittsburgh |
| 15-24429 | Harris, Felicia F. | | Pennsylvania-Western-Pittsburgh |
| 15-24434 | Cook Sr., Christopher J. | Cook, Angela R. | Pennsylvania-Western-Pittsburgh |
| 15-24694 | Medgaus, Carl | Medgaus, Norma | Pennsylvania-Western-Pittsburgh |
| 15-70318 | Walstrom, Walter A. | Walstrom, Sandra M. | Pennsylvania-Western-Johnstown |
| 16-10002 | Pete, Joseph Craig | Pete, Christina Gladys | Pennsylvania-Western-Erie |
| 16-10248 | Valentine III, Raymond R. | Valentine, Rose L. | Pennsylvania-Western-Erie |
| 16-10364 | Kaster, Kerry Jay | | Pennsylvania-Western-Erie |
| 16-10404 | Swartwood, Doreen M. | | Pennsylvania-Western-Erie |
| 16-10735 | Hnath, Ashley A | | Pennsylvania-Western-Erie |
| 16-10755 | Wozniak, Susan A. | | Pennsylvania-Western-Erie |
| 16-10989 | Butler, Linda C. | | Pennsylvania-Western-Erie |
| 16-11234 | Groenendaal , Ann Marie | | Pennsylvania-Western-Erie |
| 16-21018 | Hayes, Thomas J. | | Pennsylvania-Western-Pittsburgh |
| 16-21105 | Ferraro, Alfred J. | Ferraro , Kristin E. | Pennsylvania-Western-Pittsburgh |
| 16-21212 | Cummings, Kenneth R. | | Pennsylvania-Western-Pittsburgh |
| 16-21215 | Mitchell, Denette R. | | Pennsylvania-Western-Pittsburgh |
| 16-21338 | Lewis, Paul W. | Hixson-Lewis, Sharon M. | Pennsylvania-Western-Pittsburgh |
| 16-21706 | Troesch, Sean J. | | Pennsylvania-Western-Pittsburgh |
| 16-22098 | Callender, Earl S. | | Pennsylvania-Western-Pittsburgh |
| 16-22500 | Hamiel, Charles E. | | Pennsylvania-Western-Pittsburgh |
| 16-22588 | Claypoole, Raymond A. | Claypoole, Michelle D. | Pennsylvania-Western-Pittsburgh |
| 16-22866 | Johnson, Raymond J. | | Pennsylvania-Western-Pittsburgh |
| 16-22878 | Bostwick, Eric D. | | Pennsylvania-Western-Pittsburgh |
| 16-23362 | Weightman, Jr., John R. | Weightman, Brandy L. | Pennsylvania-Western-Pittsburgh |
| 16-23495 | Slepecki, Stephen P. | Slepecki, Lee J. | Pennsylvania-Western-Pittsburgh |
| 16-23729 | Spiewak, Bryan R. | | Pennsylvania-Western-Pittsburgh |
| 16-24022 | Gregory, Krista R. | | Pennsylvania-Western-Pittsburgh |
| 16-24186 | Corcoran, Joseph P. | Corcoran, Mary A. | Pennsylvania-Western-Pittsburgh |
| 16-24247 | Wright, Jr., Samuel Lloyd | | Pennsylvania-Western-Pittsburgh |
| 16-24304 | Kepple, Theresa | | Pennsylvania-Western-Pittsburgh |
| 16-70474 | Delgrosso, Dawn C | | Pennsylvania-Western-Johnstown |
| 16-70488 | Stuart, Kenneth P | Stuart, Stephanie L | Pennsylvania-Western-Johnstown |
| 16-70722 | Manahan, Paul James | Manahan, Berniece Avonne | Pennsylvania-Western-Johnstown |
| 17-10372 | Nigro, Timothy W. | | Pennsylvania-Western-Erie |
| 17-20998 | Lindelof, Patricia E. | | Pennsylvania-Western-Pittsburgh |
| 17-21045 | Rapchak, Randy A. | Rapchak, Lisa A. | Pennsylvania-Western-Pittsburgh |
| 17-21765 | Showalter JR., William A. | Showalter, Amy M. | Pennsylvania-Western-Pittsburgh |
| 17-21819 | DiTullio, Tony M. | | Pennsylvania-Western-Pittsburgh |
| 17-22391 | Halleman, Thomas E. | | Pennsylvania-Western-Pittsburgh |
| 17-22625 | McMunn, Alan L | McMunn, Michelle M | Pennsylvania-Western-Pittsburgh |
| 17-22779 | McDonough , David W | McDonough , Kimberly S | Pennsylvania-Western-Pittsburgh |
| 17-22909 | Meadows, Jr, Larry L. | | Pennsylvania-Western-Pittsburgh |
| 17-23206 | Surin, Suzanne | | Pennsylvania-Western-Pittsburgh |
| 17-23638 | Washington, Roosevelt Jerome | Washington, Melita | Pennsylvania-Western-Pittsburgh |
| 17-23638 | Washington, Roosevelt Jerome | Washington, Melita | Pennsylvania-Western-Pittsburgh |
| 17-23837 | Raybuck, Jerry L. | Raybuck, Amanda F. | Pennsylvania-Western-Pittsburgh |
| 17-23864 | Novick, Gina M. | | Pennsylvania-Western-Pittsburgh |
| 17-23982 | Bruder, Leah F. | | Pennsylvania-Western-Pittsburgh |
| 17-24020 | Gabriel, Eugene B | | Pennsylvania-Western-Pittsburgh |
| 17-24172 | Stark, Barbara A. | | Pennsylvania-Western-Pittsburgh |
| 17-70113 | Beltz III, Albert A. | | Pennsylvania-Western-Johnstown |
| 17-70809 | Gacka, Michelle M. | | Pennsylvania-Western-Johnstown |
| 18-10055 | King, Rachelle A. | | Pennsylvania-Western-Erie |
| 18-10437 | Magnotto, Marilyn A. | | Pennsylvania-Western-Erie |

| Case Number | Debtor 1 | Debtor 2 | Juris |
|---|---|---|---|
| 18-10615 | Campbell, Catherine Jane | Campbell, Thomas Duane | Pennsylvania-Western-Erie |
| 18-10943 | Carson, Anthony | Carson, Gwendolyn Carol | Pennsylvania-Western-Erie |
| 18-11074 | Kroh, Margaret Louise | | Pennsylvania-Western-Erie |
| 18-20195 | Offley, William C | Offley, Mary L | Pennsylvania-Western-Pittsburgh |
| 18-20262 | Davis, William L. | Davis, Jacqueline I. | Pennsylvania-Western-Pittsburgh |
| 18-20356 | West , James T. | West , Marcelle  E. | Pennsylvania-Western-Pittsburgh |
| 18-20566 | Leisifer JR., Donald R. | Leisifer, Deborah J. | Pennsylvania-Western-Pittsburgh |
| 18-20822 | Arndt, John  Michael | | Pennsylvania-Western-Pittsburgh |
| 18-21062 | Negich, John B. | | Pennsylvania-Western-Pittsburgh |
| 18-21314 | Krepps, IV , Vernon W. | | Pennsylvania-Western-Pittsburgh |
| 18-21385 | Schell, Daniel J. | Schell, Tammy J. | Pennsylvania-Western-Pittsburgh |
| 18-21445 | Mills, Jr. , Otis | | Pennsylvania-Western-Pittsburgh |
| 18-22548 | Smith, Todd M. | | Pennsylvania-Western-Pittsburgh |
| 18-22564 | Blake, Shirley | | Pennsylvania-Western-Pittsburgh |
| 18-23024 | Bohizic, Barbara A. | | Pennsylvania-Western-Pittsburgh |
| 18-23083 | Fallen, Dorretta | | Pennsylvania-Western-Pittsburgh |
| 18-23114 | Armstead, Helen | | Pennsylvania-Western-Pittsburgh |
| 18-23521 | Harris, Rawl D. | Harris, Janet L. | Pennsylvania-Western-Pittsburgh |
| 18-23598 | Danko, Mildred D. | | Pennsylvania-Western-Pittsburgh |
| 18-23908 | Hennon, Paul A. | Hennon, Jeanette L. | Pennsylvania-Western-Pittsburgh |
| 18-23952 | Rolek, Jr., Raymond | Rolek, Janet J Ross | Pennsylvania-Western-Pittsburgh |
| 18-24028 | Herrle, Matthew J. | | Pennsylvania-Western-Pittsburgh |
| 18-24450 | Kalwarski, Lora J. | | Pennsylvania-Western-Pittsburgh |
| 18-24839 | Schock, Christine A. | | Pennsylvania-Western-Pittsburgh |
| 18-24857 | Fellows, Barbara Jean | | Pennsylvania-Western-Pittsburgh |
| 18-24863 | Byrnes, Thomas D. | | Pennsylvania-Western-Pittsburgh |
| 18-70160 | Snyder, Ronald E. | Stehley-snyder, Deborah M. | Pennsylvania-Western-Johnstown |
| 18-70556 | Maines, Alan Matthew | Maines, Linda Mae | Pennsylvania-Western-Johnstown |
| 18-70683 | Nicholson, William E. | | Pennsylvania-Western-Johnstown |
| 19-10939 | Maker, Albert Dennis | | Pennsylvania-Western-Erie |
| 19-11217 | Nixon, Leo J. | | Pennsylvania-Western-Erie |
| 19-20001 | Sarvis, Kareem S. | | Pennsylvania-Western-Pittsburgh |
| 19-20213 | Branson, Jeremy | | Pennsylvania-Western-Pittsburgh |
| 19-20519 | Hanner, Sr. , Edward | | Pennsylvania-Western-Pittsburgh |
| 19-20544 | Valentine, Keith | | Pennsylvania-Western-Pittsburgh |
| 19-21528 | Korff, Sr. , Robert J. | Korff, Nelmarie | Pennsylvania-Western-Pittsburgh |
| 19-21546 | Keffer, Steven E. | Keffer, Julie A. | Pennsylvania-Western-Pittsburgh |
| 19-21597 | Harrist, Daniel W. | | Pennsylvania-Western-Pittsburgh |
| 19-21815 | Fleischer, Bryan A. | Fleischer, Jennifer L. | Pennsylvania-Western-Pittsburgh |
| 19-22510 | Nelson, Mark A. | | Pennsylvania-Western-Pittsburgh |
| 19-22695 | Patrick, Carla E. | | Pennsylvania-Western-Pittsburgh |
| 19-23446 | Bray, Cassandra | | Pennsylvania-Western-Pittsburgh |
| 19-23840 | Johns, James R. | | Pennsylvania-Western-Pittsburgh |
| 19-24022 | Bence, Gary L. | | Pennsylvania-Western-Pittsburgh |
| 19-24563 | Coleman, Melissa | | Pennsylvania-Western-Pittsburgh |
| 19-24619 | McElroy, Kevin F. | | Pennsylvania-Western-Pittsburgh |
| 19-24646 | Likens, Joseph C. | | Pennsylvania-Western-Pittsburgh |
| 19-24857 | Henderson, Nakia | | Pennsylvania-Western-Pittsburgh |
| 19-24869 | Buccigrossi, Robert C. | | Pennsylvania-Western-Pittsburgh |
| 19-70088 | Bateman, III , Paul D | Bateman, Cheryl  L | Pennsylvania-Western-Johnstown |
| 19-70243 | Grube-Brennan, Chrissondra L. | | Pennsylvania-Western-Johnstown |
| 19-70264 | DePello, Anthony C | DePello, Charlotte M | Pennsylvania-Western-Johnstown |
| 19-70338 | Clark, Adam B. | Clark, Melody S. | Pennsylvania-Western-Johnstown |
| 19-70447 | Stultz, Amy | | Pennsylvania-Western-Johnstown |
| 19-70544 | Shunk, Dennis A. | Shunk, Judith A. | Pennsylvania-Western-Johnstown |
| 19-70601 | Falcone, Gary A. | Falcone, Tina L. | Pennsylvania-Western-Johnstown |
| 20-10050 | Murphy, Bonnie Lynn | | Pennsylvania-Western-Erie |
| 20-10627 | Mcelhinny Sr., Vincent Joseph | Mcelhinny, Carol Michelle | Pennsylvania-Western-Erie |
| 20-20039 | Manos, Thomas | Manos, Jordan | Pennsylvania-Western-Pittsburgh |
| 20-20397 | Taylor, Craig R. | Taylor, Lorrie L. | Pennsylvania-Western-Pittsburgh |
| 20-21237 | Curran, Thomas | | Pennsylvania-Western-Pittsburgh |
| 20-21824 | Lutz, Maryann B. | | Pennsylvania-Western-Pittsburgh |

| Case Number | Debtor 1 | Debtor 2 | Juris |
|---|---|---|---|
| 20-21838 | Bulboff, John F. | | Pennsylvania-Western-Pittsburgh |
| 20-22260 | Coleman, Patricia L. | | Pennsylvania-Western-Pittsburgh |
| 20-22439 | Carr, Michael S. | | Pennsylvania-Western-Pittsburgh |
| 20-70019 | Fako, David | Fako, Kelley | Pennsylvania-Western-Johnstown |
| 20-70118 | Larose, Jr., Peter A. | | Pennsylvania-Western-Johnstown |
| 20-70266 | Riley, Paul J. | | Pennsylvania-Western-Johnstown |