# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PA

Chapter:    13
Case No:    1970338

In re:    ADAM B CLARK
         MELODY S CLARK

Account Number:  2818

## WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Portfolio Recovery Associates, LLC by PRA Receivables Management, LLC agent. Pursuant to the Federal Rule of Bankruptcy Procedure 3006, withdraws its proof(s) of claim 9 filed on 08/14/2019 in the amount of $725.24 .

On this date 4/13/2023.


By:    /s/ Devin Albritton
       Devin Albritton
       Bankruptcy Representative
       PRA Receivables Management, LLC., as agent of
       Portfolio Recovery Associates LLC.
       POB 41067
       Norfolk, VA 23541
       E-mail: Bankruptcy_Info@prareceivables.com