**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

04/13/2023

IN RE:

| | |
|---|---|
| ADAM B CLARK<br>MELODY S CLARK<br>760 RED SCHOOLHOUSE ROAD<br>OSCEOLA MILLS, PA 16666<br>XXX-XX-0019  Debtor(s)<br><br>XXX-XX-0283 | Case No.19-70338 JAD<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known .

In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

<u>/s/ RONDA J. WINNECOUR</u>
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/13/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Claim Info | Description |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CARE CREDIT/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 2818 |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DITECH/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **NEW REZ LLC D/B/A SHELLPOINT MORTGAGE S**<br>C/O SHELLPOINT MORTGAGE SVCNG<br>PO BOX 10826<br>GREENVILLE, SC 29603-0826 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 0.00<br>COMMENT: PMT/DECL*DK4LMT*BGN 7/19*MBL HM & RE*FR US BANK/DITECH*DOC 43 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 2707 |
| **SPECIALIZED LOAN SERVICING LLC - AGNT FO**<br>C/O SPECIALIZED LOAN SERVICING LLC*<br>6200 S QUEBEC ST<br>GREENWOOD VILLAGE, CO 80111 | Trustee Claim Number: 4   INT %: 6.00%<br>Court Claim Number: 5<br>CLAIM: 10,501.43<br>COMMENT: CL5GOV@TERMS/PL*10,114@6%MDF/PL-OE*FR WSFS/SLS*DOC 49 | CRED DESC: MORTGAGE PAID IN FULL<br>ACCOUNT NO.: 6934 |
| **ABILITY RECOVERY SERVICES LLC**<br>POB 4031<br>WYOMING, PA 18644 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CLEARFIELD EMRGNCY GRP/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 95N1 |
| **ADVANCED DISPOSAL**<br>1184 MCCLELLANDTOWN RD<br>MCCLELLANDTOWN, PA 15458 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~0019~0283~GARBAGE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0019 |
| **APEX ASSET**<br>2501 OREGON PIKE STE 120<br>LANCASTER, PA 17601 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7609 |
| **APEX ASSET**<br>2501 OREGON PIKE STE 120<br>LANCASTER, PA 17601 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9683 |
| **APEX ASSET**<br>2501 OREGON PIKE STE 120<br>LANCASTER, PA 17601 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4485 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br>MINNEAPOLIS, MN 55440 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 408.78<br>COMMENT: NO$~0019~0283/SCH*CHILDREN'S HOSP. | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0283 |

| Creditor | Claim Info | Description |
|---|---|---|
| **COMMERCIAL ACCEPTANCE**<br>2300 GETTYSBURG RD<br><br>CAMP HILL, PA 17011 | Trustee Claim Number: 11 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: AMSERV/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 80KB |
| **CONVERGENT OUTSOURCING INCORP**<br>800 SW 39TH ST<br><br>RENTON, WA 98057 | Trustee Claim Number: 12 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: CITIZENS ONE AUTO/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5899 |
| **CREDIT CONTROL COLLECTIONS**<br>2410 BROAD AVE<br><br>ALTOONA, PA 16601-1940 | Trustee Claim Number: 13 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4269 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br><br>PITTSBURGH, PA 15205-3956 | Trustee Claim Number: 14 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8918 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br><br>PITTSBURGH, PA 15205-3956 | Trustee Claim Number: 15 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1508 |
| **CREDIT MANAGEMENT CO**<br>2121 NOBLESTOWN RD<br><br>PITTSBURGH, PA 15205-3956 | Trustee Claim Number: 16 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8860 |
| **AMERICREDIT FINANCIAL SVCS INC DBA GM FI**<br>PO BOX 183853<br><br>ARLINGTON, TX 76096 | Trustee Claim Number: 17 INT %: 0.00%<br>Court Claim Number: 2<br><br>CLAIM: 7,839.82<br>COMMENT: AUTO/SCH*DEFICIENCY | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5788 |
| **KEYSTONE CREDIT SERVICES LLC\*\***<br>664 FURNACE HILLS PIKE<br><br>LITITZ, PA 17543 | Trustee Claim Number: 18 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8368 |
| **KEYSTONE CREDIT SERVICES LLC\*\***<br>664 FURNACE HILLS PIKE<br><br>LITITZ, PA 17543 | Trustee Claim Number: 19 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1656 |
| **KEYSTONE CREDIT SERVICES LLC\*\***<br>664 FURNACE HILLS PIKE<br><br>LITITZ, PA 17543 | Trustee Claim Number: 20 INT %: 0.00%<br>Court Claim Number:<br><br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8369 |

| Creditor | Trustee/Court Claim | Cred Desc / Account |
|---|---|---|
| **PHILIPSBURG-OSCEOLA ASD (DECATUR TWP)**<br>C/O KEYSTONE CLLCTNS GRP - DLNQ CLLCTR<br>546 WENDEL RD<br>IRWIN, PA 15642 | Trustee Claim Number: 21  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 788.17<br>COMMENT: CL10GOV*KEYSTONE/SCH*2016 *TIMELY*UNS/SCH-PL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 0019 |
| **MOUNT NITTANY PHYSICIAN GROUP**<br>PO BOX 6005<br>HERMITAGE, PA 16148-1005 | Trustee Claim Number: 22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4590 |
| **NATIONAL RECOVERY AGENCY**<br>2491 PAXTON ST<br>HARRISBURG, PA 17111 | Trustee Claim Number: 23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CNTR DGNSTC IM/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 9105 |
| **PENN CREDIT CORP**<br>PO BOX 69703<br>HARRISBURG, PA 17106-9703 | Trustee Claim Number: 24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CLEARFIELD HSPTL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2714 |
| **PENN CREDIT CORP**<br>PO BOX 69703<br>HARRISBURG, PA 17106-9703 | Trustee Claim Number: 25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CLEARFIELD HSPTL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1714 |
| **PENN CREDIT CORP**<br>PO BOX 69703<br>HARRISBURG, PA 17106-9703 | Trustee Claim Number: 26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: CLEARFIELD HSPTL/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2714 |
| **PENN HIGHLANDS MEDICAL GROUP**<br>100 HOSPITAL AVE<br>DUBOIS, PA 15801-1440 | Trustee Claim Number: 27  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~0019~0283/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0019 |
| **PENN HIGHLANDS PHYSICIAN NETWORK++**<br>1605 N CEDAR CREST BLVD STE 110B<br>ALLENTOWN, PA 18104 | Trustee Claim Number: 28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~0019~0283/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0019 |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 29  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 725.24<br>COMMENT: GECRB/CARE CREDIT*STALE*DK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2818 |
| **TRANSWORLD SYSTEMS**<br>PO BOX 15618<br>WILMINGTON, DE 19850 | Trustee Claim Number: 30  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~NO$~0019~0283/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0019 |

| Creditor | Claim Info | Description |
|---|---|---|
| **TYRONE HOSPITAL**<br>187 HOSPITAL DR<br><br>TYRONE, PA 16686 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NO$~0019~0283/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0019 |
| **VERIZON BY AMERICAN INFOSOURCE AS AGENT**<br>PO BOX 4457<br><br>HOUSTON, TX 77210-4457 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number: 7<br>CLAIM: 509.10<br>COMMENT: CHARGED OFF @ 9/19/18 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **CITIZENS ONE AUTO FINANCE*** <br>1 CITIZENS DR<br>MAILSTOP ROP15B<br><br>RIVERSIDE, RI 02915 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br><br>HARRISBURG, PA 17128 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 16.55<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0283 |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br><br>HARRISBURG, PA 17128 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 333.76<br>COMMENT: CL1GOV*NT/SCH-PL | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 0283 |
| **NEW REZ LLC D/B/A SHELLPOINT MORTGAGE S**<br>C/O SHELLPOINT MORTGAGE SVCNG<br>PO BOX 10826<br><br>GREENVILLE, SC 29603-0826 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 7,732.41<br>COMMENT: CL8GOV*2100/PL@DITECH*THRU 6/19*FR US BANK/DITECH*DOC 43 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 2707 |
| **CAVALRY SPV I LLC - ASSIGNEE(*)**<br>C/O CAVALRY PORTFOLIO SERVICES LLC*<br>PO BOX 27288<br><br>TEMPE, AZ 85282 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 1,379.13<br>COMMENT: NT/SCH*GE CAP RTL BANK*JUDGMENT | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5156 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br><br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 168.43<br>COMMENT: NT/SCH*STALE*SHERMAN/WORLD FNNB*DK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8623 |
| **PADGETT LAW GROUP**<br>6267 OLD WATER OAK RD STE 203<br><br>TALLAHASSEE, FL 32312 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: USBANK | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **DECATUR TOWNSHIP (EIT)**<br>C/O KEYSTONE CLLCTNS GRP - DLNQ CLLCTR<br>546 WENDEL RD<br><br>IRWIN, PA 15642 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 788.14<br>COMMENT: CL11GOV*NT/PL*UNS/SCH@KEYSTONE@CID 21*2016 TAX YR*TIMELY | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 0019 |

| CLAIM RECORDS | | |
|---|---|---|
| **RAS CITRON LLC** | Trustee Claim Number: 41  INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 130 CLINTON RD STE 202 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| FAIRFIELD, NJ  07004 | COMMENT: DITECH FNCL/PRAE | |