## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: :
: Case No. 19-70338-JAD
**Adam B. Clark and** :
**Melody S. Clark,** : Chapter 13
        **Debtors** :
:

## **CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12**

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 9th day of April, 2024, a true and correct copy of the Order dated April 8, 2024, together with the above Wife-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail.  U.S. Postage paid on the Parties below:

    CARING HEALTHCARE NETWORK
    601 N. FRONT STREET
    PHILIPSBURG, PA 16866

    ADAM B. CLARK
    MELODY S. CLARK
    760 RED SCHOOLHOUSE ROAD
    OSCEOLA MILLS, PA 16666

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

        Respectfully submitted,

Executed on: <u>April 9, 2024</u>        <u>/s/ Jessica L. Tighe</u>
        Jessica L. Tighe; Legal Asst.
        Law Offices of Kenny P. Seitz
        P. O. Box 211
        Ligonier, PA  15658
        (814) 536-7470