**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>   ADAM B CLARK<br>   MELODY S CLARK<br><br>       Debtor(s)<br><br>Ronda J. Winnecour<br><br>       Movant<br>   vs.<br><br>SPECIALIZED LOAN SERVICING LLC - AGNT FOR WILMINGTON SAVINGS FUND ET AL<br><br>       Respondent(s) | Case No. 19-70338JAD<br><br>Chapter 13<br><br>Document No.___ |

**NOTICE THAT MORTGAGE CLAIM HAS BEEN PAID IN FULL**

   Chapter 13 Trustee Ronda J. Winnecour hereby gives notice to the holders of claims secured by a security interest in the debtor's principal residence, i.e., the Respondents named above, that the claim has been paid in full. The Trustee will not make any further payments to the creditor for taxes, insurance, or other escrow items. Going forward the debtor(s) shall pay property taxes and insurance premiums directly.

   The holders of a claim secured by a security interest in the debtor's principal residence are requested to notify the debtor, debtor's counsel and the Trustee if the creditor does not agree that the debtor has paid in full, with applicable interest, the amount required to pay the claim in full. The statement should itemize the required cure, if any, that the holder contends remain unpaid as of the date of this statement.

Trustee Record Number - 4
Court Claim Number - 5

|  |  |
|---|---|
| 6/26/2024 | /s/   Ronda J. Winnecour<br>Pa. ID #30399<br>CHAPTER 13 TRUSTEE WD PA<br>600 GRANT STREET<br>SUITE 3250 US STEEL TWR<br>PITTSBURGH, PA  15219<br>(412) 471-5566<br>cmecf@chapter13trusteewdpa.com |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
ADAM B CLARK
MELODY S CLARK
    Debtor(s)

Ronda J. Winnecour
    Movant
vs.

SPECIALIZED LOAN SERVICING LLC - AGNT FOR WILMINGTON SAVINGS FUND ET AL
    Respondent(s)

Case No.19-70338JAD

Chapter 13

Document No.___

## CERTIFICATE OF SERVICE

I hereby certify that on the date shown below, I served a true and correct copy of NOTICE THAT MORTGAGE CLAIM HAS BEEN PAID IN FULL upon the following, by regular United States mail, postage prepaid, addressed as follows:

ADAM B CLARK, MELODY S CLARK, 760 RED SCHOOLHOUSE ROAD, OSCEOLA MILLS, PA 16666

KENNETH P SEITZ ESQ, LAW OFFICES OF KENNY P SEITZ, PO BOX 211, LIGONIER, PA 15658

SPECIALIZED LOAN SERVICING LLC - AGNT FOR WILMINGTON SAVINGS FUND ET AL, C/O SPECIALIZED LOAN SERVICING LLC*, 6200 S QUEBEC ST, GREENWOOD VILLAGE, CO 80111

ROBERTSON ANSCHUTZ SCHNEID CRANE & PARTNERS PLLC, 13010 MORRIS RD SUITE 450, ALPHARETTA, GA 30004

BONIAL & ASSOCIATES PC, 14841 DALLAS PKWY STE 350, DALLAS, TX 75254

06/26/2024

/s/ Roberta Saunier

Administrative Assistant
Office of the Chapter 13 Trustee
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com