# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA
### (JOHNSTOWN)

| | | |
|---|---|---|
| IN RE: | ) | |
| ADAM B. CLARK, AND | ) | CASE NO.: 19-70338-JAD |
| MELODY S. CLARK, | ) | CHAPTER 13 |
| | ) | JUDGE JEFFERY A. DELLER |
| DEBTORS. | ) | |
| | ) | |
| WILMINGTON SAVINGS FUND SOCIETY, | ) | |
| FSB, D/B/A CHRISTINA TRUST, AS | ) | |
| TRUSTEE FOR PNPMS TRUST IV | ) | |
| | ) | |
| CREDITOR | ) | |
| | ) | |
| ADAM B CLARK AND MELODY S. CALRK, | ) | |
| DEBTORS, AND RONDA J. WINNECOUR, | ) | |
| TRUSTEE | ) | |
| | ) | |
| RESPONDENTS | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of Wilmington Savings Fund Society, FSB, d/b/a Christina Trust, as Trustee for PNPMS Trust IV and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

DATED this 18th day of July 2024

        Respectfully submitted,
        /s/ Joshua I. Goldman
        Joshua I. Goldman, Esq
        Pennsylvania Bar # 205047
        PADGETT LAW GROUP
        6267 Old Water Oak Road, Suite 203
        Tallahassee, FL 32312
        (850) 422-2520 (telephone)
        josh.goldman@padgettlawgroup.com
        *Counsel for Creditor*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 18th day of July 2024.

*DEBTORS*
ADAM B CLARK
MELODY S. CLARK
760 RED SCHOOLHOUSE ROAD
OSCEOLA MILLS, PA 16666

*DEBTOR'S COUNSEL*
KENNETH P. SEITZ
LAW OFFICES OF KENNY P. SEITZ
P.O. BOX 211
LIGONIER, PA 15658
THEDEBTERASERS@AOL.COM

*TRUSTEE*
RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219
CMECF@CHAPTER13TRUSTEEWDPA.COM

*U.S. TRUSTEE*
OFFICE OF THE UNITED STATES TRUSTEE
1000 LIBERTY AVENUE, SUITE 1316
PITTSBURGH, PA 15222
USTPREGION03.PI.ECF@USDOJ.GOV

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*