| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Adam B Clark |
| Debtor 2 | Melody S Clark |
| United States Bankruptcy Court for the: Western District of Pennsylvania | |
| Case number : | 19-70338-JAD |

## Form 4100R

## Response to Notice of Final Cure Payment                    10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

**Part 1:   Mortgage Information**

Name of creditor: U.S. Bank National Association, as Trustee, for Lehman ABS Manufactured Housing Contract Trust 2002-A as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing

Court claim no. (if known):  8

Last 4 digits of any number you use to identify the debtor's account:  2707

Property Address:  760 Red School House Road
Osceola Mills, PA 16666

**Part : 2   Prepetition Default Payments**

Check one:

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:    $0.00

**Part 3:   Postpetition Mortgage Payment**

Check one:

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) ls due on: 2024-09-01

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:    (a) $ 0.00

b. Total fees, charges, expenses, escrow, and costs outstanding:    +(b) $ 0.00

c. **Total.** Add lines a and b.    (c) $ **0.00**

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:

| Debtor 1 | Adam B Clark | | | Case number (if known) | 19-70338-JAD |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

*Check the appropriate box:*

[ ] I am the creditor.

[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

/s/ Joshua I. Goldman                                    Date  07/19/2024
Signature

| Print: | Joshua I. Goldman | Title | Authorized Agent for Creditor |
|---|---|---|---|
| Company | Padgett Law Group | | |

If different from the notice address listed on the proof of claim to which this response applies:

| Address | 6267 Old Water Oak Road, Suite 203 | | |
|---|---|---|---|
| | Tallahassee FL, 32312 | | |
| Contact phone | (850) 422-2520 | Email | plginquiries@padgettlawgroup.com |

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN DIVISION

In Re;

Adam B. Clark

Debtor(s)

Case No.: 19-70338-JAD

Chapter: 13

### CERTIFICATE OF SERVICE

I, hereby certify that on 07/19/2024 , a true and correct copy of the foregoing document was served via United States Mail with adequate prepaid postage and/or electronically via the Court's ECF system:

Service by U.S. First Class Mail

Debtor
Adam B Clark
760 Red Schoolhouse Road
Osceola Mills, PA 16666

Co-Debtor
Melody S Clark
760 Red Schoolhouse Road
Osceola Mills, PA 16666

By Electronic Mail

Attorney for Debtor
Kenneth P. Seitz
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658

Trustee
Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

/s/ Joshua I. Goldman
Joshua I. Goldman