**Form 408**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Adam B Clark
Melody S Clark**
    Debtor(s)

Bankruptcy Case No.: 19−70338−JAD

Chapter: 13
Docket No.: 82 − 79

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 29th of July, 2024, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 9/9/24.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **at in** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **9/9/24.**

<u>Jeffery A. Deller</u>
United States Bankruptcy Judge

cm: **All Parties**

**\* For hearings scheduled in Johnstown, Pennsylvania, please be advised that the video Conferencing equipment will be utilized. This will allow the parties to appear at either Courtroom B in Johnstown, Pennsylvania, or in Courtroom D, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania,**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 19-70338-JAD

Adam B Clark                                                                        Chapter 13

Melody S Clark

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7                              User: auto                                    Page 1 of 4

Date Rcvd: Jul 29, 2024                      Form ID: 408                            Total Noticed: 45

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Adam B Clark, Melody S Clark, 760 Red Schoolhouse Road, Osceola Mills, PA 16666-8607 |
| cr | + | U.S. Bank National Association, as Trustee, for Le, Padgett Law Group, 6267 Old Water Oak Road, Suite 2, Tallahassee, FL 32312-3858 |
| 15064727 | + | Advanced Disposal, P.O. Box 25084, Lehigh Valley, PA 18002-5084 |
| 15064728 | + | AmServ Limited, Billing Office, P.O. Box 726, New Cumberland, PA 17070-0726 |
| 15064730 | + | Children's Hospital of Pittsburgh, One Children's Hospital Drive, 4401 Penn Avenue, Pittsburgh, PA 15224-1342 |
| 15064734 | + | Cr Control C, 2410 Broad Ave, Altoona, PA 16601-1940 |
| 15064736 | | Ditech Financial Llc, Po Box 6172, Rapid City, SD 57709 |
| 15064738 | + | Keystone Col, 220 North Duke Str, Lancaster, PA 17602-2710 |
| 15064740 | | Mount Nittany Physician Group, P.O. Box 6005, Hermitage, PA 16148-1005 |
| 15064743 | + | Penn Highlands Medical Group, 100 Hospital Avenue, Du Bois, PA 15801-1440 |
| 15064744 | + | Penn Highlands Physician Network, 1605 N. Cedar Crest Blvd. Suite 110B, Allentown, PA 18104-2351 |
| 15064748 | + | Tyrone Hospital, Attn: Billing, 187 Hospital Drive, Tyrone, PA 16686-1898 |
| 15104371 | | U.S. Bank National Association, as Trustee, for Le, c/o Ditech Financial LLC, Po Box 12740, Tempe, AZ 85284-0046 |
| 15823342 | | Wilmington Savings Fund Society, FSB, d/b/a, Christiana Trust as Trustee, PO Box 10826, Greenville, SC 29603-0826 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 29 2024 23:45:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: RASEBN@raslg.com | Jul 29 2024 23:45:00 | Ditech Financial LLC, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 29 2024 23:52:10 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 29 2024 23:45:00 | Specialized Loan Servicing, LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 15075710 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 29 2024 23:45:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 15064726 | + | Email/Text: mnapoletano@ars-llc.biz | Jul 29 2024 23:46:00 | Ability Recovery Servi, Pob 4031, Wyoming, PA 18644-0031 |
| 15064729 | ^ | MEBN | Jul 29 2024 23:37:42 | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 15064731 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 29 2024 23:45:00 | Citizens One Auto Finance, P.O. Box 7000, Providence, RI 02940 |

District/off: 0315-7                                  User: auto                                          Page 2 of 4
Date Rcvd: Jul 29, 2024                          Form ID: 408                                    Total Noticed: 45

| 15087934 | + Email/Text: bankruptcy@cavps.com | | |
| | | Jul 29 2024 23:46:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15064732 | + Email/Text: dylan.succa@commercialacceptance.net | | |
| | | Jul 29 2024 23:45:00 | Commercial Acceptance, 2300 Gettysburg Rd, Camp Hill, PA 17011-7303 |
| 15064733 | + Email/Text: convergent@ebn.phinsolutions.com | | |
| | | Jul 29 2024 23:46:10 | Convergent Outsourcing, 800 SW 39th Street, Renton, WA 98057-4927 |
| 15064735 | + Email/Text: bdsupport@creditmanagementcompany.com | | |
| | | Jul 29 2024 23:46:00 | Crdmgmcomp, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 15118353 | + Email/Text: Bankruptcy@keystonecollects.com | | |
| | | Jul 29 2024 23:45:00 | Decatur Township, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15064737 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | | |
| | | Jul 29 2024 23:45:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15064739 | + Email/Text: Bankruptcy@keystonecollects.com | | |
| | | Jul 29 2024 23:45:00 | Keystone Collections Group, P.O. Box 499, Irwin, PA 15642-0499 |
| 15089599 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jul 29 2024 23:52:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15064741 | + Email/Text: Bankruptcies@nragroup.com | | |
| | | Jul 29 2024 23:46:00 | National Recovery Agen, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 15229878 | Email/Text: mtgbk@shellpointmtg.com | | |
| | | Jul 29 2024 23:45:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15104860 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jul 29 2024 23:52:45 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15071405 | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | Jul 29 2024 23:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 15118350 | + Email/Text: Bankruptcy@keystonecollects.com | | |
| | | Jul 29 2024 23:45:00 | Phillipsburg-Osceola Area School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15064745 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | Jul 29 2024 23:52:10 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 15064746 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | Jul 29 2024 23:45:00 | Specialized Loan Servi, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 15316801 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | Jul 29 2024 23:45:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 15065385 | ^ MEBN | | |
| | | Jul 29 2024 23:39:02 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15064747 | ^ MEBN | | |
| | | Jul 29 2024 23:38:47 | Transworld Systems, Inc., 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 15096819 | Email/Text: BNCnotices@dcmservices.com | | |
| | | Jul 29 2024 23:45:00 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15098842 | Email/PDF: ebn_ais@aisinfo.com | | |
| | | Jul 29 2024 23:52:15 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15064749 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | Jul 29 2024 23:45:00 | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |
| 15090667 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | | |
| | | Jul 29 2024 23:45:00 | Wilmington Savings Fund Society,, FSB Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 15819813 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jul 29 2024 23:52:02 | Wilmington Savings Fund Society, FSB,, PO Box 10826, Greenville, SC 29603-0826 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DITECH FINANCIAL LLC |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | | Specialized Loan Servicing, LLC as Servicer for Wi |
| cr | | U.S. BANK NATIONAL ASSOCIATION |
| cr | | Wilmington Savings Fund Society, FSB, d/b/a Chris |
| cr | | Wilmington Savings Fund Society, FSB, d/b/a Christ |
| cr | *+ | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15257103 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15064742 | ##+ | Penn Credit Corporatio, 916 S 14th St, Harrisburg, PA 17104-3425 |

TOTAL: 6 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2024                 Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor DITECH FINANCIAL LLC dcarlon@kmllawgroup.com |
| Joshua I. Goldman | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christina Trust, as Trustee for PNPMS Trust IV josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| Joshua I. Goldman | on behalf of Creditor U.S. Bank National Association  as Trustee, for Lehman ABS Manufactured Housing Contract Trust 2002-A as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Melody S Clark thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Adam B Clark thedebterasers@aol.com |
| Keri P. Ebeck | on behalf of Creditor Specialized Loan Servicing  LLC as Servicer for Wilmington Savings Fund Society, FSB, DBA Christina Trust, not in its Individual Capacity, but Soley in it Capacity as Owner Trustee for WF 19 Grantor T kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-7
Date Rcvd: Jul 29, 2024
TOTAL: 8

User: auto
Form ID: 408

Page 4 of 4
Total Noticed: 45