**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ADAM B CLARK<br>MELODY S CLARK<br>       Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>       Movant<br>      vs.<br>No Respondents. | Case No.:19-70338 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

July 25, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 06/05/2019 and confirmed on 7/24/19. The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | | |
|---|---:|---:|---:|
| Total Receipts | | | 73,149.84 |
| Less Refunds to Debtor | | 7,525.91 | |
| TOTAL AMOUNT OF PLAN FUND | | | 65,623.93 |
| Administrative Fees | | | |
|   Filing Fee | | 0.00 | |
|   Notice Fee | | 0.00 | |
|   Attorney Fee | | 3,619.00 | |
|   Trustee Fee | | 3,553.92 | |
|   Court Ordered Automotive Insurance | | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | | 7,172.92 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY F<br>    Acct: 6934 | 0.00 | 36,341.86 | 0.00 | 36,341.86 |
|   WILMINGTON SAVINGS FUND SOCIETY F<br>    Acct: 6934 | 7,732.41 | 7,732.41 | 0.00 | 7,732.41 |
|   SPECIALIZED LOAN SERVICING LLC - AGI<br>    Acct: 6934 | 10,501.43 | 10,501.43 | 1,965.24 | 12,466.67 |
| | | | | 56,540.94 |
| **Priority** | | | | |
|   KENNETH P SEITZ ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   ADAM B CLARK<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   ADAM B CLARK<br>    Acct: | 7,525.91 | 7,525.91 | 0.00 | 0.00 |
|   LAW OFFICES OF KENNETH P SEITZ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   KENNETH P SEITZ ESQ<br>    Acct: | 3,619.00 | 3,619.00 | 0.00 | 0.00 |
|   PHILIPSBURG-OSCEOLA ASD (DECATUR<br>    Acct: 0019 | 788.17 | 788.17 | 0.00 | 788.17 |
|   PA DEPARTMENT OF REVENUE*<br>    Acct: 0283 | 333.76 | 333.76 | 0.00 | 333.76 |
|   DECATUR TOWNSHIP (EIT)<br>    Acct: 0019 | 788.14 | 788.14 | 0.00 | 788.14 |
| | | | | 1,910.07 |
| **Unsecured** | | | | |
|   ABILITY RECOVERY SERVICES LLC<br>    Acct: 95N1 | 0.00 | 0.00 | 0.00 | 0.00 |
|   ADVANCED DISPOSAL<br>    Acct: 0019 | 0.00 | 0.00 | 0.00 | 0.00 |
|   APEX ASSET<br>    Acct: 7609 | 0.00 | 0.00 | 0.00 | 0.00 |
|   APEX ASSET | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| | Acct: 9683 | | | | |
| | APEX ASSET | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4485 | | | | |
| | UPMC HEALTH SERVICES | 408.78 | 0.00 | 0.00 | 0.00 |
| | Acct: 0283 | | | | |
| | COMMERCIAL ACCEPTANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 80KB | | | | |
| | CONVERGENT OUTSOURCING INCORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5899 | | | | |
| | CREDIT CONTROL COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4269 | | | | |
| | CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8918 | | | | |
| | CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1508 | | | | |
| | CREDIT MANAGEMENT COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8860 | | | | |
| | AMERICREDIT FINANCIAL SVCS INC DBA | 7,839.82 | 0.00 | 0.00 | 0.00 |
| | Acct: 5788 | | | | |
| | KEYSTONE CREDIT SERVICES LLC** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8368 | | | | |
| | KEYSTONE CREDIT SERVICES LLC** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1656 | | | | |
| | KEYSTONE CREDIT SERVICES LLC** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8369 | | | | |
| | MOUNT NITTANY PHYSICIAN GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 4590 | | | | |
| | NATIONAL RECOVERY AGENCY | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 9105 | | | | |
| | PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2714 | | | | |
| | PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 1714 | | | | |
| | PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2714 | | | | |
| | PENN HIGHLANDS MEDICAL GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0019 | | | | |
| | PENN HIGHLANDS PHYSICIAN NETWORK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0019 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2818 | | | | |
| | TRANSWORLD SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0019 | | | | |
| | TYRONE HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0019 | | | | |
| | VERIZON BY AMERICAN INFOSOURCE AS | 509.10 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | PA DEPARTMENT OF REVENUE* | 16.55 | 0.00 | 0.00 | 0.00 |
| | Acct: 0283 | | | | |
| | CAVALRY SPV I LLC - ASSIGNEE(*) | 1,379.13 | 0.00 | 0.00 | 0.00 |
| | Acct: 5156 | | | | |
| | LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 8623 | | | | |
| | SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2818 | | | | |
| | KML LAW GROUP PC** (FRMRLY BRIAN C | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | PADGETT LAW GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ROBERTSON ANSCHULTZ SCHNEID ET A | 0.00 | 0.00 | 0.00 | 0.00 |

19-70338 JAD                                                                                            Page 3 of 3

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| Acct: | CITIZENS ONE AUTO FINANCE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |

\*\*\*N O N E\*\*\*

| | | |
|---|---|---|
| TOTAL PAID TO CREDITORS | | 58,451.01 |
| TOTAL CLAIMED | | |
| PRIORITY | 1,910.07 | |
| SECURED | 18,233.84 | |
| UNSECURED | 10,153.38 | |

Date: 07/25/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
ADAM B CLARK
MELODY S CLARK
    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:19-70338 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:     Case No. 19-70338-JAD
Adam B Clark     Chapter 13
Melody S Clark
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: auto     Page 1 of 4
Date Rcvd: Jul 29, 2024     Form ID: pdf900     Total Noticed: 45

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Adam B Clark, Melody S Clark, 760 Red Schoolhouse Road, Osceola Mills, PA 16666-8607 |
| cr | + | U.S. Bank National Association, as Trustee, for Le, Padgett Law Group, 6267 Old Water Oak Road, Suite 2, Tallahassee, FL 32312-3858 |
| 15064727 | + | Advanced Disposal, P.O. Box 25084, Lehigh Valley, PA 18002-5084 |
| 15064728 | + | AmServ Limited, Billing Office, P.O. Box 726, New Cumberland, PA 17070-0726 |
| 15064730 | + | Children's Hospital of Pittsburgh, One Children's Hospital Drive, 4401 Penn Avenue, Pittsburgh, PA 15224-1342 |
| 15064734 | + | Cr Control C, 2410 Broad Ave, Altoona, PA 16601-1940 |
| 15064736 | | Ditech Financial Llc, Po Box 6172, Rapid City, SD 57709 |
| 15064738 | + | Keystone Col, 220 North Duke Str, Lancaster, PA 17602-2710 |
| 15064740 | | Mount Nittany Physician Group, P.O. Box 6005, Hermitage, PA 16148-1005 |
| 15064743 | + | Penn Highlands Medical Group, 100 Hospital Avenue, Du Bois, PA 15801-1440 |
| 15064744 | + | Penn Highlands Physician Network, 1605 N. Cedar Crest Blvd. Suite 110B, Allentown, PA 18104-2351 |
| 15064748 | + | Tyrone Hospital, Attn: Billing, 187 Hospital Drive, Tyrone, PA 16686-1898 |
| 15104371 | | U.S. Bank National Association, as Trustee, for Le, c/o Ditech Financial LLC, Po Box 12740, Tempe, AZ 85284-0046 |
| 15823342 | | Wilmington Savings Fund Society, FSB, d/b/a, Christiana Trust as Trustee, PO Box 10826, Greenville, SC 29603-0826 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 29 2024 23:45:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: RASEBN@raslg.com | Jul 29 2024 23:45:00 | Ditech Financial LLC, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 29 2024 23:52:31 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 29 2024 23:45:00 | Specialized Loan Servicing, LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 15075710 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 29 2024 23:45:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 15064726 | + | Email/Text: mnapoletano@ars-llc.biz | Jul 29 2024 23:46:00 | Ability Recovery Servi, Pob 4031, Wyoming, PA 18644-0031 |
| 15064729 | ^ | MEBN | Jul 29 2024 23:37:44 | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 15064731 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jul 29 2024 23:45:00 | Citizens One Auto Finance, P.O. Box 7000, Providence, RI 02940 |

| District/off: 0315-7 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 29, 2024 | Form ID: pdf900 | Total Noticed: 45 |

| Recipient ID | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|
| 15087934 | + Email/Text: bankruptcy@cavps.com | Jul 29 2024 23:46:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15064732 | + Email/Text: dylan.succa@commercialacceptance.net | Jul 29 2024 23:45:00 | Commercial Acceptance, 2300 Gettysburg Rd, Camp Hill, PA 17011-7303 |
| 15064733 | + Email/Text: convergent@ebn.phinsolutions.com | Jul 29 2024 23:46:10 | Convergent Outsourcing, 800 SW 39th Street, Renton, WA 98057-4927 |
| 15064735 | + Email/Text: bdsupport@creditmanagementcompany.com | Jul 29 2024 23:46:00 | Crdmgmcomp, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 15118353 | + Email/Text: Bankruptcy@keystonecollects.com | Jul 29 2024 23:45:00 | Decatur Township, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15064737 | + Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 29 2024 23:45:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15064739 | + Email/Text: Bankruptcy@keystonecollects.com | Jul 29 2024 23:45:00 | Keystone Collections Group, P.O. Box 499, Irwin, PA 15642-0499 |
| 15089599 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 29 2024 23:52:03 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15064741 | + Email/Text: Bankruptcies@nragroup.com | Jul 29 2024 23:46:00 | National Recovery Agen, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 15229878 | Email/Text: mtgbk@shellpointmtg.com | Jul 29 2024 23:45:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15104860 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 29 2024 23:52:45 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15071405 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 29 2024 23:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 15118350 | + Email/Text: Bankruptcy@keystonecollects.com | Jul 29 2024 23:45:00 | Phillipsburg-Osceola Area School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15064745 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 29 2024 23:52:48 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 15064746 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 29 2024 23:45:00 | Specialized Loan Servi, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 15316801 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 29 2024 23:45:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 15065385 | ^ MEBN | Jul 29 2024 23:39:02 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15064747 | ^ MEBN | Jul 29 2024 23:38:47 | Transworld Systems, Inc., 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 15096819 | Email/Text: BNCnotices@dcmservices.com | Jul 29 2024 23:45:00 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15098842 | Email/PDF: ebn_ais@aisinfo.com | Jul 29 2024 23:52:27 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15064749 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jul 29 2024 23:45:00 | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |
| 15090667 | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Jul 29 2024 23:45:00 | Wilmington Savings Fund Society,, FSB Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 15819813 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 29 2024 23:52:27 | Wilmington Savings Fund Society, FSB,, PO Box 10826, Greenville, SC 29603-0826 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DITECH FINANCIAL LLC |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | | Specialized Loan Servicing, LLC as Servicer for Wi |
| cr | | U.S. BANK NATIONAL ASSOCIATION |
| cr | | Wilmington Savings Fund Society, FSB, d/b/a Chris |
| cr | | Wilmington Savings Fund Society, FSB, d/b/a Christ |
| cr | *+ | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15257103 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15064742 | ##+ | Penn Credit Corporatio, 916 S 14th St, Harrisburg, PA 17104-3425 |

TOTAL: 6 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 25, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor DITECH FINANCIAL LLC dcarlon@kmllawgroup.com |
| Joshua I. Goldman | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christina Trust, as Trustee for PNPMS Trust IV josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| Joshua I. Goldman | on behalf of Creditor U.S. Bank National Association  as Trustee, for Lehman ABS Manufactured Housing Contract Trust 2002-A as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Melody S Clark thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Adam B Clark thedebterasers@aol.com |
| Keri P. Ebeck | on behalf of Creditor Specialized Loan Servicing  LLC as Servicer for Wilmington Savings Fund Society, FSB, DBA Christina Trust, not in its Individual Capacity, but Soley in it Capacity as Owner Trustee for WF 19 Grantor T kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-7 User: auto Page 4 of 4
Date Rcvd: Jul 29, 2024 Form ID: pdf900 Total Noticed: 45

TOTAL: 8