**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Adam B Clark <br> First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–0019 <br> EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2 <br> (Spouse, if filing) | Melody S Clark <br> First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–0283 <br> EIN  \_ \_–\_ \_ \_ \_ \_ \_ \_ |

United States Bankruptcy Court  WESTERN DISTRICT OF PENNSYLVANIA

Case number:  19–70338–JAD

# Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Adam B Clark                                                  Melody S Clark

    <u>9/12/24</u>                                                         **By the court:** <u>Jeffery A. Deller</u>
                                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-70338-JAD
Adam B Clark     Chapter 13
Melody S Clark
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7     User: auto     Page 1 of 4
Date Rcvd: Sep 12, 2024     Form ID: 3180W     Total Noticed: 46

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Adam B Clark, Melody S Clark, 760 Red Schoolhouse Road, Osceola Mills, PA 16666-8607 |
| cr | + | U.S. Bank National Association, as Trustee, for Le, Padgett Law Group, 6267 Old Water Oak Road, Suite 2, Tallahassee, FL 32312-3858 |
| 15064727 | + | Advanced Disposal, P.O. Box 25084, Lehigh Valley, PA 18002-5084 |
| 15064728 | + | AmServ Limited, Billing Office, P.O. Box 726, New Cumberland, PA 17070-0726 |
| 15064730 | + | Children's Hospital of Pittsburgh, One Children's Hospital Drive, 4401 Penn Avenue, Pittsburgh, PA 15224-1342 |
| 15064734 | + | Cr Control C, 2410 Broad Ave, Altoona, PA 16601-1940 |
| 15064736 | | Ditech Financial Llc, Po Box 6172, Rapid City, SD 57709 |
| 15064738 | + | Keystone Col, 220 North Duke Str, Lancaster, PA 17602-2710 |
| 15064740 | | Mount Nittany Physician Group, P.O. Box 6005, Hermitage, PA 16148-1005 |
| 15064743 | + | Penn Highlands Medical Group, 100 Hospital Avenue, Du Bois, PA 15801-1440 |
| 15064744 | + | Penn Highlands Physician Network, 1605 N. Cedar Crest Blvd. Suite 110B, Allentown, PA 18104-2351 |
| 15064748 | + | Tyrone Hospital, Attn: Billing, 187 Hospital Drive, Tyrone, PA 16686-1898 |
| 15104371 | | U.S. Bank National Association, as Trustee, for Le, c/o Ditech Financial LLC, Po Box 12740, Tempe, AZ 85284-0046 |
| 15823342 | | Wilmington Savings Fund Society, FSB, d/b/a, Christiana Trust as Trustee, PO Box 10826, Greenville, SC 29603-0826 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Sep 13 2024 03:43:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 13 2024 00:03:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PHINAMERI.COM | Sep 13 2024 03:43:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 13 2024 00:03:00 | Ditech Financial LLC, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | + | EDI: PRA.COM | Sep 13 2024 03:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 13 2024 00:03:00 | Specialized Loan Servicing, LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 15075710 | | EDI: PHINAMERI.COM | Sep 13 2024 03:43:00 | AmeriCredit Financial Services, Inc., dba GM |

| Recip ID | Notice Type | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Financial, P O Box 183853, Arlington, TX 76096 |
| 15064726 | + | Email/Text: mnapoletano@ars-llc.biz | Sep 13 2024 00:04:00 | Ability Recovery Servi, Pob 4031, Wyoming, PA 18644-0031 |
| 15064729 | ^ | MEBN | Sep 12 2024 23:51:03 | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 15064731 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 13 2024 00:03:00 | Citizens One Auto Finance, P.O. Box 7000, Providence, RI 02940 |
| 15087934 | + | Email/Text: bankruptcy@cavps.com | Sep 13 2024 00:04:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15064732 | + | Email/Text: dylan.succa@commercialacceptance.net | Sep 13 2024 00:03:00 | Commercial Acceptance, 2300 Gettysburg Rd, Camp Hill, PA 17011-7303 |
| 15064733 | + | EDI: CONVERGENT.COM | Sep 13 2024 03:43:00 | Convergent Outsourcing, 800 SW 39th Street, Renton, WA 98057-4927 |
| 15064735 | + | Email/Text: bdsupport@creditmanagementcompany.com | Sep 13 2024 00:04:00 | Crdmgmcomp, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 15118353 | + | Email/Text: Bankruptcy@keystonecollects.com | Sep 13 2024 00:03:00 | Decatur Township, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15064737 | + | EDI: PHINAMERI.COM | Sep 13 2024 03:43:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15064739 | + | Email/Text: Bankruptcy@keystonecollects.com | Sep 13 2024 00:03:00 | Keystone Collections Group, P.O. Box 499, Irwin, PA 15642-0499 |
| 15089599 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 13 2024 00:07:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15064741 | + | Email/Text: Bankruptcies@nragroup.com | Sep 13 2024 00:04:00 | National Recovery Agen, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 15229878 | | Email/Text: mtgbk@shellpointmtg.com | Sep 13 2024 00:03:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15104860 | | EDI: PRA.COM | Sep 13 2024 03:43:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15071405 | | EDI: PENNDEPTREV | Sep 13 2024 03:43:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 15071405 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 13 2024 00:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 15118350 | + | Email/Text: Bankruptcy@keystonecollects.com | Sep 13 2024 00:03:00 | Phillipsburg-Osceola Area School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15064745 | + | EDI: PRA.COM | Sep 13 2024 03:43:00 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 15064746 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 13 2024 00:03:00 | Specialized Loan Servi, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 15316801 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 13 2024 00:03:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 15065385 | ^ | MEBN | Sep 12 2024 23:52:10 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15064747 | ^ | MEBN | Sep 12 2024 23:51:45 | Transworld Systems, Inc., 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 15096819 | | Email/Text: BNCnotices@dcmservices.com | Sep 13 2024 00:03:00 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |

Case 19-70338-JAD  Doc 92  Filed 09/14/24  Entered 09/15/24 00:27:53  Desc Imaged
Certificate of Notice  Page 5 of 6

| District/off: 0315-7 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 12, 2024 | Form ID: 3180W | Total Noticed: 46 |

| Recip ID | | | Date/Time | Recipient |
|---|---|---|---|---|
| 15098842 | | EDI: AIS.COM | Sep 13 2024 03:43:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15064749 | + | EDI: VERIZONCOMB.COM | Sep 13 2024 03:43:00 | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |
| 15090667 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 13 2024 00:03:00 | Wilmington Savings Fund Society,, FSB Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 15819813 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 13 2024 00:07:36 | Wilmington Savings Fund Society, FSB,, PO Box 10826, Greenville, SC 29603-0826 |

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DITECH FINANCIAL LLC |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | | Specialized Loan Servicing, LLC as Servicer for Wi |
| cr | | U.S. BANK NATIONAL ASSOCIATION |
| cr | | U.S. Bank National Association, as Trustee, for Le |
| cr | | Wilmington Savings Fund Society, FSB, d/b/a Chris |
| cr | | Wilmington Savings Fund Society, FSB, d/b/a Christ |
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | *+ | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15257103 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15064742 | ##+ | Penn Credit Corporatio, 916 S 14th St, Harrisburg, PA 17104-3425 |

TOTAL: 7 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 14, 2024            Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor DITECH FINANCIAL LLC dcarlon@kmllawgroup.com |
| Joshua I. Goldman | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christina Trust, as Trustee for PNPMS Trust IV josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| Joshua I. Goldman | |

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 4 of 4 |
| Date Rcvd: Sep 12, 2024 | Form ID: 3180W | Total Noticed: 46 |

on behalf of Creditor U.S. Bank National Association as Trustee, for Lehman ABS Manufactured Housing Contract Trust 2002-A as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

Kenneth P. Seitz

on behalf of Joint Debtor Melody S Clark thedebterasers@aol.com

Kenneth P. Seitz

on behalf of Debtor Adam B Clark thedebterasers@aol.com

Keri P. Ebeck

on behalf of Creditor Specialized Loan Servicing LLC as Servicer for Wilmington Savings Fund Society, FSB, DBA Christina Trust, not in its Individual Capacity, but Soley in it Capacity as Owner Trustee for WF 19 Grantor T kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee

ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

cmecf@chapter13trusteewdpa.com

TOTAL: 8