IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
ADAM B CLARK
MELODY S CLARK
    Debtor(s)

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

**DEFAULT O/E JAD**

Case No.:19-70338 JAD

Chapter 13

Document No.: 79

FILED
9/12/24 11:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

ORDER OF COURT

AND NOW, this 12th day of September, 2024, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

jsf
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-70338-JAD |
| Adam B Clark | Chapter 13 |
| Melody S Clark | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 4 |
| Date Rcvd: Sep 12, 2024 | Form ID: pdf900 | Total Noticed: 45 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++        Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^         Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##        Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 14, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Adam B Clark, Melody S Clark, 760 Red Schoolhouse Road, Osceola Mills, PA 16666-8607 |
| cr | + | U.S. Bank National Association, as Trustee, for Le, Padgett Law Group, 6267 Old Water Oak Road, Suite 2, Tallahassee, FL 32312-3858 |
| 15064727 | + | Advanced Disposal, P.O. Box 25084, Lehigh Valley, PA 18002-5084 |
| 15064728 | + | AmServ Limited, Billing Office, P.O. Box 726, New Cumberland, PA 17070-0726 |
| 15064730 | + | Children's Hospital of Pittsburgh, One Children's Hospital Drive, 4401 Penn Avenue, Pittsburgh, PA 15224-1342 |
| 15064734 | + | Cr Control C, 2410 Broad Ave, Altoona, PA 16601-1940 |
| 15064736 | | Ditech Financial Llc, Po Box 6172, Rapid City, SD 57709 |
| 15064738 | + | Keystone Col, 220 North Duke Str, Lancaster, PA 17602-2710 |
| 15064740 | | Mount Nittany Physician Group, P.O. Box 6005, Hermitage, PA 16148-1005 |
| 15064743 | + | Penn Highlands Medical Group, 100 Hospital Avenue, Du Bois, PA 15801-1440 |
| 15064744 | + | Penn Highlands Physician Network, 1605 N. Cedar Crest Blvd. Suite 110B, Allentown, PA 18104-2351 |
| 15064748 | + | Tyrone Hospital, Attn: Billing, 187 Hospital Drive, Tyrone, PA 16686-1898 |
| 15104371 | | U.S. Bank National Association, as Trustee, for Le, c/o Ditech Financial LLC, Po Box 12740, Tempe, AZ 85284-0046 |
| 15823342 | | Wilmington Savings Fund Society, FSB, d/b/a, Christiana Trust as Trustee, PO Box 10826, Greenville, SC 29603-0826 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 13 2024 00:03:00 | Americredit Financial Services, Inc. Dba GM Financ, P.O Box 183853, Arlington, TX 76096-3853 |
| cr | + | Email/Text: RASEBN@raslg.com | Sep 13 2024 00:03:00 | Ditech Financial LLC, RAS Citron, LLC, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 13 2024 00:08:13 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 13 2024 00:03:00 | Specialized Loan Servicing, LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 15075710 | | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 13 2024 00:03:00 | AmeriCredit Financial Services, Inc., dba GM Financial, P O Box 183853, Arlington, TX 76096 |
| 15064726 | + | Email/Text: mnapoletano@ars-llc.biz | Sep 13 2024 00:04:00 | Ability Recovery Servi, Pob 4031, Wyoming, PA 18644-0031 |
| 15064729 | ^ | MEBN | Sep 12 2024 23:51:02 | Apex Asset, 2501 Oregon Pike, Lancaster, PA 17601-4890 |
| 15064731 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 13 2024 00:03:00 | Citizens One Auto Finance, P.O. Box 7000, Providence, RI 02940 |

| District/off: 0315-7 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 12, 2024 | Form ID: pdf900 | Total Noticed: 45 |

| | | | | |
|---|---|---|---|---|
| 15087934 | + | Email/Text: bankruptcy@cavps.com | Sep 13 2024 00:04:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15064732 | + | Email/Text: dylan.succa@commercialacceptance.net | Sep 13 2024 00:03:00 | Commercial Acceptance, 2300 Gettysburg Rd, Camp Hill, PA 17011-7303 |
| 15064733 | + | Email/Text: convergent@ebn.phinsolutions.com | Sep 13 2024 00:04:44 | Convergent Outsourcing, 800 SW 39th Street, Renton, WA 98057-4927 |
| 15064735 | + | Email/Text: bdsupport@creditmanagementcompany.com | Sep 13 2024 00:04:00 | Crdmgmcomp, 2121 Noblestown Rd, Pittsburgh, PA 15205-3956 |
| 15118353 | + | Email/Text: Bankruptcy@keystonecollects.com | Sep 13 2024 00:03:00 | Decatur Township, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15064737 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 13 2024 00:03:00 | Gm Financial, Po Box 181145, Arlington, TX 76096-1145 |
| 15064739 | + | Email/Text: Bankruptcy@keystonecollects.com | Sep 13 2024 00:03:00 | Keystone Collections Group, P.O. Box 499, Irwin, PA 15642-0499 |
| 15089599 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 13 2024 00:08:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15064741 | + | Email/Text: Bankruptcies@nragroup.com | Sep 13 2024 00:04:00 | National Recovery Agen, 2491 Paxton Street, Harrisburg, PA 17111-1036 |
| 15229878 | | Email/Text: mtgbk@shellpointmtg.com | Sep 13 2024 00:03:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 15104860 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 13 2024 00:08:53 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15071405 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 13 2024 00:03:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 15118350 | + | Email/Text: Bankruptcy@keystonecollects.com | Sep 13 2024 00:03:00 | Phillipsburg-Osceola Area School District, c/o Keystone Collections Group, 546 Wendel Road, Irwin, PA 15642-7539 |
| 15064745 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 13 2024 00:08:54 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 100, Norfolk, VA 23502-4952 |
| 15064746 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 13 2024 00:03:00 | Specialized Loan Servi, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 15316801 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 13 2024 00:03:00 | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 15065385 | ^ | MEBN | Sep 12 2024 23:52:12 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15064747 | ^ | MEBN | Sep 12 2024 23:51:46 | Transworld Systems, Inc., 300 Cedar Ridge Drive, Suite 307, Pittsburgh, PA 15205-1159 |
| 15096819 | | Email/Text: BNCnotices@dcmservices.com | Sep 13 2024 00:03:00 | UPMC Health Services, PO Box 1123, Minneapolis MN 55440-1123 |
| 15098842 | | Email/PDF: ebn_ais@aisinfo.com | Sep 13 2024 00:07:38 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15064749 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 13 2024 00:03:00 | Verizon Wireless, Po Box 650051, Dallas, TX 75265-0051 |
| 15090667 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | Sep 13 2024 00:03:00 | Wilmington Savings Fund Society,, FSB Trustee (See 410), c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 15819813 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 13 2024 00:08:27 | Wilmington Savings Fund Society, FSB,, PO Box 10826, Greenville, SC 29603-0826 |

Case 19-70338-JAD    Doc 93    Filed 09/14/24    Entered 09/15/24 00:27:53    Desc Imaged
                          Certificate of Notice    Page 4 of 5

| District/off: 0315-7 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 12, 2024 | Form ID: pdf900 | Total Noticed: 45 |
| TOTAL: 31 | | |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DITECH FINANCIAL LLC |
| cr | | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
| cr | | Specialized Loan Servicing, LLC as Servicer for Wi |
| cr | | U.S. BANK NATIONAL ASSOCIATION |
| cr | | U.S. Bank National Association, as Trustee, for Le |
| cr | | Wilmington Savings Fund Society, FSB, d/b/a Chris |
| cr | | Wilmington Savings Fund Society, FSB, d/b/a Christ |
| cr | *+ | LVNV FUNDING, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15257103 | *P++ | AMERICREDIT FINANCIAL SERVICS DBA GM FINANCIAL, PO BOX 183853, ARLINGTON TX 76096-3853, address filed with court:, Americredit Financial Services, Inc., Dba GM Financial, P.O Box 183853, Arlington, TX 76096 |
| 15064742 | ##+ | Penn Credit Corporatio, 916 S 14th St, Harrisburg, PA 17104-3425 |

TOTAL: 7 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 14, 2024                    Signature:            /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 12, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | |
| | on behalf of Creditor DITECH FINANCIAL LLC dcarlon@kmllawgroup.com |
| Joshua I. Goldman | |
| | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christina Trust, as Trustee for PNPMS Trust IV josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| Joshua I. Goldman | |
| | on behalf of Creditor U.S. Bank National Association  as Trustee, for Lehman ABS Manufactured Housing Contract Trust 2002-A as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| Kenneth P. Seitz | |
| | on behalf of Joint Debtor Melody S Clark thedebterasers@aol.com |
| Kenneth P. Seitz | |
| | on behalf of Debtor Adam B Clark thedebterasers@aol.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Specialized Loan Servicing  LLC as Servicer for Wilmington Savings Fund Society, FSB, DBA Christina Trust, not in its Individual Capacity, but Soley in it Capacity as Owner Trustee for WF 19 Grantor T kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

District/off: 0315-7 User: auto Page 4 of 4
Date Rcvd: Sep 12, 2024 Form ID: pdf900 Total Noticed: 45

cmecf@chapter13trusteewdpa.com

TOTAL: 8