# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA
## JOHNSTOWN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 19-70338-JAD |
| | ) | |
| Adam B. Clark | ) | Chapter 13 |
| Melody S. Clark | ) | |
| | ) | |
| Debtor(s) | ) | |

## CREDITOR REQUEST FOR NOTICES

NOW COMES The Cadle Company II, Inc. and requests to be placed on the mailing matrix of this case. The address is as follows:

   The Cadle Company II, Inc.
   Attention: 02F90063
   100 North Center Street
   Newton Falls, OH  44444

This request is to receive all notices and mailings from the Clerk of this Court in this case.

Respectfully submitted,

Date:  October 10, 2024

By: /s/ Jaime Waltermire
Jaime Waltermire, Account Officer
100 North Center Street
Newton Falls, OH  44444
Phone: 330-872-0918, Ext. 3385
jaime.waltermire@cadleco.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
JOHNSTOWN DIVISION

In re:                                    )    Case No. 19-70338-JAD
                                          )
Adam B. Clark                             )    Chapter 13
Melody S. Clark                           )
                                          )
    Debtor(s)

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the Notice of Appearance and Request for Notice was deposited in the United States mail, first class, postage prepaid, on October 10, 2024, unless notified electronically via the Notice of Filing, addressed to the following:

Ronda J. Winnecour, Trustee
USX Tower, Suite 3250
600 Grant Street, Suite 3250
Pittsburgh, PA  15219

Kenneth P. Seitz, Esq.
P. O. Box 211
Ligonier, PA 15658

/s/ Jennifer Hoffstetter
Jennifer Hoffstetter, Bankruptcy Secretary