2100 B (12/15)

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 19-70338-JAD
Chapter 13

In re: Debtor(s) (including Name and Address)

Adam B Clark
760 Red Schoolhouse Road
Osceola Mills PA 16666

Melody S Clark
760 Red Schoolhouse Road
Osceola Mills PA 16666

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/10/2024.

Name and Address of Alleged Transferor(s):

Claim No. 5: Wilmington Savings Fund Society, FSB, d/b/a, Christiana Trust as Trustee, PO Box 10826, Greenville, SC 29603-0826

Name and Address of Transferee:

The Cadle Company II, Inc.
100 North Center Street
Newton Falls, OH 44444

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 10/12/24

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-70338-JAD |
| Adam B Clark | Chapter 13 |
| Melody S Clark | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Oct 10, 2024 | Form ID: trc | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| 15823342 | Wilmington Savings Fund Society, FSB, d/b/a, Christiana Trust as Trustee, PO Box 10826, Greenville, SC 29603-0826 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 12, 2024      Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor DITECH FINANCIAL LLC dcarlon@kmllawgroup.com |
| Joshua I. Goldman | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christina Trust, as Trustee for PNPMS Trust IV josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| Joshua I. Goldman | on behalf of Creditor U.S. Bank National Association as Trustee, for Lehman ABS Manufactured Housing Contract Trust 2002-A as serviced by NewRez LLC d/b/a Shellpoint Mortgage Servicing josh.goldman@padgettlawgroup.com, angelica.reyes@padgettlawgroup.com;bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com |
| Kenneth P. Seitz | on behalf of Joint Debtor Melody S Clark thedebterasers@aol.com |
| Kenneth P. Seitz | on behalf of Debtor Adam B Clark thedebterasers@aol.com |
| Keri P. Ebeck | on behalf of Creditor Specialized Loan Servicing LLC as Servicer for Wilmington Savings Fund Society, FSB, DBA Christina |

District/off: 0315-7 | User: auto | Page 2 of 2
Date Rcvd: Oct 10, 2024 | Form ID: trc | Total Noticed: 1

Trust, not in its Individual Capacity, but Soley in it Capacity as Owner Trustee for WF 19 Grantor T kebeck@bernsteinlaw.com, btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 8